FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

98 JAN -6 AM 8: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV97-H-1295-NE |
| $13,085.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | | |

**ENTERED**

JAN - 6 1998

MEMORANDUM OF DECISION
AND ENTRY OF DEFAULT

Pursuant to the December 2, 1997 order, the December 1, 1997 motion of plaintiff for summary judgment came under submission on December 19, 1997.

The court file reflects due and legal notice was published June 16, 23 and 30, 1997 in The Huntsville Times regarding the arrest and seizure of subject $13,085 in United States currency and similar due and legal notice was published in The Birmingham News on June 23 and 30, and July 7, 1997.  Sonya Adams, through her attorney, filed a claim to the currency on July 23, 1997 but remains in default in this action since no answer has been filed by her as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.[1]  She is thus in default which **DEFAULT** is hereby **ENTERED**.  No other claim or answer has been filed in these proceedings.

---

[1]  Sonya Adams also has failed to submit any evidence or brief in opposition to the motion for summary judgment.

The court finds each of the facts set forth in the May 27, 1997 verified complaint to be established and undisputed and concludes there is no dispute as to any material fact and that the United States is entitled to a final judgment of forfeiture in its favor with regard to subject currency.  A separate final judgment will be entered.

DONE this the ___6th___ day of January, 1998.

_____
SENIOR UNITED STATES DISTRICT JUDGE